**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

GREGORY R. LANE,

        Plaintiff,

vs.                              CASE NO. 5:08cv242/RS-WCS

KAREN POTTS, et al,

        Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 95).

Plaintiff has not filed objections.

**IT IS ORDERED**:

1.      The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      Plaintiff's Fifth Amended Complaint (Doc. 93) is dismissed pursuant to 28 U.S.C. §1915(e)(2)  for failure to state a claim upon which relief may be granted.

3.      The clerk of the court is directed to note on the docket that this case was dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

3.      The clerk is directed to close the file.

**ORDERED** on April 30, 2010.


                  /S/ Richard Smoak
                  **RICHARD SMOAK**
                  **UNITED STATES DISTRICT JUDGE**