# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

GREGORY R. LANE,

    Plaintiff,

vs.                                CASE NO. 5:08-cv-242/RS/WCS

KEREN POTTS, et al.,

    Defendants.

_____/

## ORDER

Before me are the Magistrate Judge's Order and Amended Report and Recommendation (Doc. 95) and Plaintiff's objections (Doc.101). My Order dated April 30, 2010, (Doc. 99) is **withdrawn** and the clerk's judgment (Doc. 100) is **vacated**. Even though Plaintiff's objections were filed after the April 28, 2010, deadline, I have made a *de novo* determination of those portions of the report to which objection has been made pursuant to 28 U.S.C. § 636(b)(1)(C).

**IT IS ORDERED:**

1. The Magistrate Judge's Order and Amended Report and Recommendation (Doc. 95) is approved and incorporated in this Order.

2. Plaintiff's Fifth Amended Complaint (Doc. 93) is **dismissed** pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted.

3. The clerk of court is directed to note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. The clerk is directed to close the file.

**ORDERED** on May 4, 2010.

                     /S/ Richard Smoak
                     **RICHARD SMOAK**
                     **UNITED STATES DISTRICT JUDGE**