IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GREGORY R. LANE,

    Plaintiff,

vs.        CASE NO. 5:08cv242/RS-WCS

KAREN POTTS, et al,

    Defendants.
_____/

## ORDER

Plaintiff's Petition For Rehearing/Reconsideration (Doc. 104) is denied as moot.

Plaintiff's objections (Doc. 101) were considered *de novo*. See Order (Doc. 102).

**ORDERED** on June 3, 2010.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**