IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GREGORY R. LANE,

    Plaintiff,

vs.                              CASE NO. 5:08cv242/RS-WCS

KAREN POTTS, et al,

    Defendants.
_____/

## ORDER

Plaintiff's Limited Response to Defendants' Objection To Plaintiff's Petition For Rehearing/Reconsideration Dated 06/01/2010 (Doc. 111) is denied as moot.

**ORDERED** on June 14, 2010.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**